PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 19 PM 3:26

OFFICE OF THE CLERK

# United States District Court
District of Nebraska

## District of Nebraska

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | |
| Gene A. Boeka | ) | Case No. 8:06CR115 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gene A. Boeka, have discussed with Troy D. Greve, Pretrial Services Officer, modification of my release as follows:

Change condition (7)(r) to read: Participate in one of the home confinement program components and abide by all requirements of the program, which will include electronic monitoring or other location verification system.

(I) **Curfew**. You are restricted to your residence everyday from 10 PM until 6 AM.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   5-9-06   _____   5/19/06
Signature of Defendant        Date        Pretrial Services Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   5-18-06
Signature of Defense Counsel        Date

[X]   The above modification of conditions of release is ordered, to be effective on 5/19/06

[ ]   The above modification of conditions of release is not ordered.

_____   5/19/06
Signature of Judicial Officer        Date