IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GENE A. BOEKA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's oral motion to modify conditions of pretrial release. Upon consideration:

IT IS ORDERED:

Paragraph 7(r) of the Order Setting Conditions of Release (Filing No. 5) is modified to eliminate the electronic monitoring requirement. The curfew requirement is imposed, the defendant is restricted to his residence every day from 10:00 p.m. to 6:00 a.m. or as directed by the pretrial services officer or supervising officer.

DATED this 5th day of July, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge